United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 16-12239-amc
Daniel J Green                                                   Chapter 7
Susan F Green
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: admin             Page 1 of 1            Date Rcvd: Jul 15, 2016
                               Form ID: 318            Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db/jdb         +Daniel J Green,   Susan F Green,   204 Providence Forge Road,   Royersford, PA 19468-2953
13701694        Bank of America,   P.O. Box 31785,   Tampa, FL 33631-3785
13701699       +Nellie Manzanares,   213 White Avenue,   King of Prussia, PA 19406-3634
13701700        Sears,   P.O. Box 9001055,   Louisville, KY 40290-1055
13701701        Shellpoint Mortgage Serv,   P.O. Box 619063,   Dallas, TX 75261-9063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QLEFELDMAN.COM Jul 16 2016 01:28:00      LYNN E. FELDMAN,   Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg             E-mail/Text: bankruptcy@phila.gov Jul 16 2016 01:45:28      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2016 01:43:43
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 16 2016 01:45:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13701695        EDI: BANKAMER.COM Jul 16 2016 01:28:00      Bank of America,   P.O. Box 15019,
                 Wilmington, DE 19886-5019
13701696        EDI: CAPITALONE.COM Jul 16 2016 01:28:00      Capital One Bank,   P.O. Box 71083,
                 Charlotte, NC 28272-1083
13701697        EDI: DISCOVER.COM Jul 16 2016 01:28:00      Discover,   P.O. Box 71084,
                 Charlotte, NC 28272-1084
13701698       +EDI: NAVIENTFKASMSERV.COM Jul 16 2016 01:28:00      Navient,   P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
13701702        EDI: WFFC.COM Jul 16 2016 01:28:00      Wells Fargo Dealer Services,   P.O. Box 25341,
                 Santa Ana, CA 92799-5341
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +LYNN E. FELDMAN,   Feldman Law Offices PC,   221 N. Cedar Crest Blvd.,
                 Allentown, PA 18104-4603
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    BAC BANK OF NY(CWABS2005-AB3) agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         JAMES V. MONAGHAN    on behalf of Debtor Daniel J Green jmonaghan@norristownlegal.com,
          lroney@norristownlegal.com
         JAMES V. MONAGHAN    on behalf of Joint Debtor Susan F Green jmonaghan@norristownlegal.com,
          lroney@norristownlegal.com
         LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com,
          lfeldman@ecf.epiqsystems.com
         LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel J Green** | Social Security number or ITIN | **xxx−xx−5479** |
| | First Name  Middle Name  Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Susan F Green** | Social Security number or ITIN | **xxx−xx−9748** |
| | First Name  Middle Name  Last Name | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **16−12239−amc**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Daniel J Green
dba Green Financial, Inc.

Susan F Green

7/14/16

**By the court:**  Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2