United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12239-amc
Daniel J Green                                                        Chapter 7
Susan F Green
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Denine        Page 1 of 1        Date Rcvd: Oct 19, 2016
                            Form ID: 195        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2016.
db/jdb        +Daniel J Green,    Susan F Green,    204 Providence Forge Road,    Royersford, PA 19468-2953

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BAC BANK OF NY(CWABS2005-AB3) agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JAMES V. MONAGHAN    on behalf of Debtor Daniel J Green jmonaghan@norristownlegal.com, lroney@norristownlegal.com
              JAMES V. MONAGHAN    on behalf of Joint Debtor Susan F Green jmonaghan@norristownlegal.com, lroney@norristownlegal.com
              LYNN E. FELDMAN    on behalf of Trustee LYNN E. FELDMAN trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Daniel J Green and Susan F Green : Case No. 16−12239−amc

    Debtor(s)

### ORDER
_____

AND NOW, this day , October 19, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

18
Form 195